UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nancy Gerdts, individually and for minor A.G.; Cindy Stevens, individually and for minor J.S.; and, Alan and Laurissa Chilson, for themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>  vs.<br><br>Smithkline Beecham Corporation d/b/a GlaxoSmithKline and GlaxoSmithKline plc,<br><br>            Defendants. | Civ. No. 04-3500 (MJD/JGL)<br><br>**ORDER STAYING DEADLINES** |

Plaintiffs Nancy Gerdts, individually and for minor A.G., Cindy Slavens, individually and for minor J.S., and Alan and Laurissa Chilson, for themselves and all other similarly situated ("Plaintiffs"), and Defendants SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("Defendant") (Plaintiffs and Defendant are referred to herein collectively as "Parties"), have expressed their desire to stay all deadlines in this case until this Court's resolution of GSK's Motion to Stay All Proceedings, filed on October 6, 2006, in the interest of conserving the resources of both parties as well as of this Court. The Parties, by and through their respective counsel, hereby stipulate to a stay of all deadlines in this case until this Court has ruled upon GSK's Motion to Stay All Proceedings.

THEREFORE, FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED that this Stipulated Stay of Deadlines shall stay all deadlines in this matter until this Court's

DN: 302450

ruling on GSK's Motion to Stay All Proceedings.

Dated: October 19, 2006                              s / Michael J. Davis
                                                     Michael J. Davis
                                                     Judge of U.S. District Court

DN: 302450