UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Nancy Gerdts, individually and for minor A.G., Cindy Slavens, individually and for minor J.S., and Alan and Laurissa Chilson, for themselves and all other similarly situated, | Court File No: CV 04-3500 (MJD/SRN) |
| Plaintiffs, | The Honorable Michael J. Davis |
| vs. | **ORDER ON JOINT MOTION TO STAY** |
| SmithKline Beechman Corporation, d/b/a GlaxoSmithKline and GlaxoSmithKline plc, | |
| Defendants. | |

This cause came upon the parties' joint motion for a stay [Docket No. 117]. This matter, including all deadlines contained in this Court's Notice of Pretrial Conference [Doc. No. 102], is hereby stayed. However, this Order does not affect the briefing on Motion of Plaintiffs for Certification for Interlocutory Appeal Pursuant to 28 U.S.C. § 1292(b) [Docket No. 103].

SO ORDERED, this 28th day of February, 2008.

s / Michael J. Davis
Michael J. Davis
United States District Court Judge